EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone:  (408) 289-1776
Facsimile:  (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA  95110
Telephone:  (408) 993-9911
Facsimile:  (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| PAUL HARRIS AND BECKY HARRIS , <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: C 03-03203 RMW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS PAUL HARRIS AND BECKY HARRIS** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Paul Harris and Becky Harris and

Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Paul

---

2056779.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Paul Harris and Becky Harris - 1**

1  Harris and Becky Harris as to defendant Olin Corporation. All parties to bear their own
2  costs and legal fees incurred to date in this action.
3  Dated: 8/4/05

      Respectfully submitted,

      ALEXANDER, HAWES & AUDET, LLP

      By: _____
      RICHARD D ALEXANDER, Cal. Bar #48432
      JEFFREY W/ RICKARD, Cal. Bar #125180
      RYAN M. HAGAN, Cal Bar #200850
      152 North Third Street, Suite 600
      San Jose, CA 95112
      Telephone: (408) 289-1776
      Facsimile: (408) 287-1776

      Attorneys for Plaintiffs Paul Harris and Becky Harris

      HUSCH & EPPENBERGER, LLC

      By: /s/ Carol A. Rutter
      THOMAS M. CARNEY, admitted *pro hac vice*
      CAROL A. RUTTER, admitted *pro hac vice*
      190 Carondelet Plaza, Suite 600
      St. Louis, MO 63105-3441
      Telephone: (314) 480-1500
      Facsimile: (314) 480-1505

      RANDALL C. CREECH, Cal. Bar #65542
      CREECH, LIEBOW & KRAUS
      333 West San Carlos Street
      Suite 1600
      San Jose, CA 95110
      Telephone: (408) 993-9911
      Facsimile: (408) 993-1335

      Attorneys for Defendant Olin Corporation

2056779.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Paul Harris and Becky Harris - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| PAUL HARRIS AND BECKY HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-03203 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS PAUL HARRIS AND BECKY HARRIS** |

THIS MATTER coming on the motion of Plaintiffs Paul Harris and Becky Harris and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Paul Harris and Becky Harris 's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005   *Ronald M. Whyte* (signature)

2056779.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Paul Harris and Becky Harris - 3**